EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney

MATTHEW H. WATTERS
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 438-1217
Facsimile: 438-2570
Email: matthew.watters@us.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2005

at 3 o'clock and 3/ min. ✓ M
SUE BEITIA, CLERK

LODGED

AUG 09 2005
8:00 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal Number: CR05-00243 |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| BETTY J. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney hereby dismisses the indictment against BETTY J. WRIGHT in the interest of justice.

Dated: August 8, 2005, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
MATTHEW H. WATTERS
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____          Dated: SEP 0 9 2005
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE